IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BEAU BUKETT MEDIA, LP,<br>*Plaintiff*<br><br>v.<br><br>CITY OF LIBERTY HILL, TEXAS<br>and LIBERTY HILL BOARD OF<br>ADJUSTMENT,<br>*Defendants* | § § § § § § § § § | 1:19-CV-644-SH |

## FINAL JUDGMENT

Before the Court is the parties' Agreed Motion to Dismiss with Prejudice, filed May 4, 2020 (Dkt. No. 22). The Parties have notified the Court that they have settled all matters in this lawsuit. Accordingly, the Court **HEREBY GRANTS** the Agreed Motion for Dismissal with Prejudice and **DISMISSES** with prejudice all claims brought in the lawsuit with prejudice and all costs of court and attorneys' fees taxed against the party incurring same.

The Court **FURTHER ORDERS** that all court settings are cancelled, any pending motions are **DISMISSED** as moot, and that the Clerk of Court **CLOSE** this case.

**SIGNED** on May 4, 2020.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE